DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT MCQUAIG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-355

[May 23, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 11-5347 CF10A.

Robert McQuaig, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY and CIKLIN, JJ., concur.
FORST, J., dissents.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***